**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>NEWARK, NJ 07101<br>973-297-4887 |

June 30, 2014

**LETTER ORDER**

Re:   *Jeff Braun v. Daniel S. Schwartz, et al.*
       **Civil Action No.   12-6224 (ES)**

Dear Counsel:

    Pending before this Court is Defendant Dale Weingarten's Motion for Sanctions.  (D.E. No. 41).  On June 11, 2014, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation recommending that this Court deny the motion in its entirety.  (D.E. No. 61).  Magistrate Judge Dickson advised the parties that they had fourteen days to file and serve any objections to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2).  To date, neither party has filed any objections.

    The Court has considered Judge Dickson's R&R, and for the reasons stated therein,

    IT IS on this 30th day of June, 2014,

    ORDERED that this Court adopts Judge Dickson's June 11, 2014 R&R in full.

    **SO ORDERED.**

                            *s/Esther Salas*
                            **Esther Salas, U.S.D.J.**